PEOPLE V SPANGLER, No. 151598; Court of Appeals No. 326184.

CORRION V THUMB CORRECTIONAL FACILITY WARDEN, No. 151608; Court of Appeals No. 324310.

STEFFKE V TAYLOR FEDERATION OF TEACHERS, No. 151622; Court of Appeals No. 317616.

KINCAID V CROSKEY, No. 151684; Court of Appeals No. 313218.

LEE V CROSKEY, No. 151695; Court of Appeals No. 313217.

PINCOMB V DIVERSFIED INVESTMENT VENTURES, LLC, No. 151700; Court of Appeals No. 324989.

PEOPLE V BALL, No. 151716; Court of Appeals No. 326719.

ADAIR V STATE OF MICHIGAN, No. 151798; Court of Appeals No. 311779.

WENNERS V CHISOLM, No. 151835; Court of Appeals No. 314938.

MORRISSETTE V DOE, No. 151845; Court of Appeals No. 324574.

PEOPLE V THOMAS WALLACE, No. 151868; Court of Appeals No. 325721.

MIRACLE V MIRACLE, No. 151917; Court of Appeals No. 324758.

HOLLIDAY V MULLETT, No. 152064; Court of Appeals No. 327892.


*Reconsideration Denied September 9, 2015:*

PEOPLE V JURICH, No. 149198; Court of Appeals No. 319506. Leave to appeal denied at 497 Mich 951.
VIVIANO, J., did not participate due to a familial relationship with the defendant's trial counsel.

PEOPLE V BEAGLE, No. 149530; Court of Appeals No. 320021. Leave to appeal denied at 497 Mich 970.

CHABAD-LUBAVITCH OF MICHIGAN V SCHUCHMAN, No. 149567; reported below: 305 Mich App 337. Summary disposition at 497 Mich 1021.
BERNSTEIN, J., did not participate.

PEOPLE V THOMAS HICKS, No. 149629; Court of Appeals No. 320963. Leave to appeal denied at 497 Mich 952.

PEOPLE V FORTENBERRY, No. 149826; Court of Appeals No. 320910. Leave to appeal denied at 497 Mich 954.

*In re* ESTATE OF PERUN, No. 149855; Court of Appeals No. 313869. Leave to appeal denied at 497 Mich 954.

PEOPLE V PITTMAN, No. 150012; Court of Appeals No. 322425. Leave to appeal denied at 497 Mich 1011.